IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                  ORDER

            Plaintiff,

  v.                                           04-cr-181-bbc

JERRY McCOY,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Jerry McCoy has filed a timely motion for reconsideration of the denial of his motion for relief pursuant to 18 U.S.C. § 3582. I will deny the motion for reconsideration because I am not persuaded that it was error to dismiss defendant's motion.

ORDER

      IT IS ORDERED that defendant Jerry McCoy's motion for reconsideration is DENIED.

      Entered this 28th day of July, 2008.

                                                  BY THE COURT:
                                                  /s/
                                                  BARBARA B. CRABB
                                                  District Judge